### In the Matter of MYERS et al.

An order in equity, granted at chambers, in pursuance of the act to amend the act in relation to the judiciary, (Laws of 1847, vol. 2, p. 641, § 16,) should express in its caption the true time and place when and where it was granted, and by what justice.

*It seems*, the form prescribed by the 8th rule in equity, relates only to orders made at a general or special term.

At chambers, Feb. 25, 1848, before WILLARD, Justice.—An application was made to Justice Willard, at chambers, for an order directing a commission to issue to the Rev. Justin Perkins, D. D., residing in the city of Oroomiah in Persia, to take the acknowledgment of a deed, to be executed by Dr. Wright and lady, residing in that city, of lands situate in this state, in pursuance of 2 R. S. 757, § 8, and a question arose whether this could be done at chambers, and as to the form of the caption of the order.

WILLARD, Justice.—The order applied for in this case, is one which the chancellor, according to the practice of that court, might grant out of term. (See Rule 4, of Chancellor Walworth.) It is an ex parte order. The 16th section of the act to amend the act in relation to the judiciary, (Laws of 1847, 2d vol. p. 641,) confers upon a justice of this court, residing within one hundred miles of the county where the solicitor or party making the application resides, the like power as that possessed formerly by the chancellor, to grant such orders either in term or vacation, at chambers, or at any place selected by such justice; as the parties and their solicitor reside in Washington county, where the premises to be conveyed are situated, and within one hundred miles of the residence of the justice,

the order must be granted, and be entered in the office of the clerk of that county. The caption of this order should be of the day and place when and where it was granted. The form of a caption given in rule 8, of the Equity Rules, page 5, relates only to cases heard at a general or special term, and is directory to the clerk. It is not applicable to an order granted out of term, in pursuance of the 16th section *supra*, but the form of the caption of those orders not being provided for in the rules, nor in the statute, should be in pursuance of the 148th rule, entitled according to the customary practice, as it heretofore existed in the Court of Chancery. In conformity to that practice, the caption must state truly the time and place, when and where the order was made, and by what justice. (Rule 10, of Chancellor Walworth; *Whitney* v. *Belden*, 4 Paige's Rep. 140.)